UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANDRES ACOSTA,<br><br>            Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICE, INC., a North Carolina Corporation,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 2:12-cv-195-WCO |

## DEFAULT JUDGMENT

The defendant ABSOLUTE COLLECTION SERVICE, INC., having failed to plead or otherwise to defend in this action and default having been duly entered on plaintiff's Telephone Debt Collection Practices Act claims, and the Court, William C. O'Kelley, Senior United States District Judge, by order of September 4, 2013, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff ANDRES ACOSTA, recover from the defendant ABSOLUTE COLLECTION SERVICE, INC., the amount of $6,000.00 in damages for the TCPA violations, $2,947.50 in attorney's fees and $385.00 in costs.

Dated at Gainesville, Georgia this 4th day of September, 2013.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                            By:    s/Stacey Kemp
                                        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   September 4, 2013
James N. Hatten
Clerk of Court


By:    s/Stacey Kemp
        Deputy Clerk