IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANDRES ACOSTA, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO.2:12-cv-00195-WCO |
| ABSOLUTE COLLECTION SERVICE, INC., a North Carolina Corporation, | : |
| | : |
| Defendant. | : |

## NOTICE OF SATISFACTION OF JUDGMENT [11] FILED ON SEPTEMBER 4, 2013

COMES NOW, PLAINTIFF, and files this notice acknowledging that the Judgment [11] filed on the 4th day of September, 2013 in favor of Plaintiff, ANDRES ACOSTA, and against the Defendant, ABSOLUTE COLLECTION SERVICE, INC., is hereby satisfied.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   / s/ Kris Skaar
Kris Skaar
Attorney for Plaintiff
Georgia Bar No. 649610

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
krisskaar@aol.com